ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant. ALEJANDRO SAFIE, Appellant. (Appeal No. 1.) — In an action for separation, order denying motion of defendant-husband's father, who is the record owner of certain real property affected by a sequestration order under review, to vacate and annul the order of sequestration, modified on the law and the facts by striking therefrom the words "in all respects denied" and inserting in place thereof the following: "granted to the extent of striking from the second ordering paragraph of the sequestration order the words 'particularly the real property consisting of a single family residence located at Park Drive South, in the Town of Harrison, Westchester County, State of New York'; striking out the last ordering paragraph, and striking from the ordering paragraph immediately preceding the last ordering paragraph the words 'and it is further.'" As so modified, the order is affirmed, without costs. Whether the defendant or the appellant, his father, is the true owner of the dwelling in Harrison may not be determined summarily upon the affidavits on this motion. (*Rosenberg* v. *Rosenberg*, 259 N. Y. 338.) Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post*, p. 967.]

ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant, and ALEJANDRO SAFIE, Appellant. (Appeal No. 2.) — In an action by a wife against her husband and his father to set aside a conveyance of real property and the transfer of certain bonds and money as fraudulent, and for damages and other incidental relief, order directing examination before trial of the appellant as an adverse party modified on the law and the facts to the extent that the examination is limited to the period during the years 1946 and 1947. As so modified, the order insofar as appealed from, is affirmed, without costs, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant. ALEJANDRO SAFIE et al., Appellants. (Appeal No. 3.) — In an action for separation, on the application of the plaintiff wife, who had been appointed receiver in sequestration, an order was made for the examination of defendant's father and brother concerning the property of defendant, and for the production of books, papers and other articles upon such examination. Order modified on the law and the facts by striking out item "(a)" in the last ordering paragraph. As so modified, the order is affirmed, without costs, the examination to proceed on five days' notice. Production of corporate books and records, without limitation as to dates or nature, has not been shown to be necessary or reasonable. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post*, p. 967.]